UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Relator TOM COLUCCI

                Relator,

BRINGING THIS ACTION ON BEHALF
OF THE UNITED STATES OF AMERICA

           – against –

BETH ISRAEL MEDICAL CENTER,
ERNST & YOUNG, LLC, MORT HYMAN,
TOM HAYES, and ROBERT NALDI

              Defendants.
-------------------------------------------------------X

Civil Action No. 06-CIV-5033

(DC) (HBP)

**NOTICE OF MOTION BY CLUEZA COLUCCI TO BE SUBSTITUTED AS RELATOR**

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Diane McFadin, Esq., executed on July 15, 2008, and upon the Memorandum in Support of Motion to Substitute Mrs. Clueza Colucci as Relator, Mrs. Cleuza Colucci, the administrator of the late Mr. Colucci's Estate, by and through her attorneys The McFadin Law Group, will move this Court on August 12, 2008 at 10:00 in the forenoon before the Honorable Denny Chin at the United States District Court for the Southern District of New York, United States Courthouse, Courtroom 15-A, 500 Pearl Street, New York, New York, for an order granting her request to be substituted as the party relator, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       July 17, 2008

                                        Respectfully submitted,

                                        **THE McFADIN LAW GROUP**

                                        /s/ Diane Mcfadin
                          By: _____
                                        Diane McFadin (DM2381)
                                        11 Broadway, Suite 715
                                        New York, NY 10004
                                        646.723.2757

To:    James F. Segroves, Esq.
        Proskauer Rose LLP
        1001 Pennsylvania Avenue, NW
        Suite 400 South
        Washington, DC 20004-2533
        *Attorney for Beth Israel Medical Center,*
        *Morton Hyman, Thomas Hayes and Robert Naldi*